IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL KENNEDY,

Plaintiff,

v.

ADT SOLAR, LLC,

Defendant.

Case No. 25-1549 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

Dated:  8/10/2026

MONICA A. STUMP, Clerk of Court

**Deputy Clerk**

Approved: _____
J. PHIL GILBERT
U.S. DISTRICT JUDGE